Fill in this information to identify your case:

Debtor 1: **Cherie Harrison Savage**

Debtor 2: 
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number: **18-73839-FJS**
(If known)

Check if this is:
- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:
  _____
  MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | Retired | Rigger Supervisor |
| Employer's name | | General Dynamics Nassco-Norfolk |
| Employer's address | | 200 Ligon St<br>Norfolk, VA 23523 |
| How long employed there? | | 1 year |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|   |   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 6,391.02 |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 0.00 | $ 6,391.02 |

Official Form 106I                              **Schedule I: Your Income**                              page 1

Debtor 1  **Cherie Harrison Savage**                                           Case number (*if known*)  **18-73839-FJS**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---:|---:|
|  | **Copy line 4 here** | 4. | $ 0.00 | $ 6,391.02 |
| 5. | **List all payroll deductions:** |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 0.00 | $ 1,274.30 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ 377.82 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ 446.51 |
| 5e. | Insurance | 5e. $ | 0.00 | $ 593.45 |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. $ | 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: shoes | 5h.+ $ | 0.00 + | $ 130.00 |
|  | Metlaw |  | $ 0.00 | $ 15.73 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 0.00 | $ 2,837.81 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ | 0.00 | $ 3,553.21 |
| 8. | **List all other income regularly received:** |  |  |  |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. $ | 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. $ | 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. $ | 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. $ | 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. $ | 2,171.76 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ $ | 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 2,171.76 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ 2,171.76 + | $ 3,553.21 = | $ 5,724.97 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____     11. +$   0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies     12. $ 5,724.97
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ■ Yes. Explain:  **Mrs. Savage is working a part-time holiday job for the month of December. Mrs. Savage is now a seasonal employee and anticipates working every year for the month of December and bringing home approximately $1,500.00 from that job. She will continue looking for a part-time job to work throughout the year.
    Amendments will be filed as needed**

Official Form 106I                          **Schedule I: Your Income**                          page 2

**Fill in this information to identify your case:**

Debtor 1  **Cherie Harrison Savage**
          First Name        Middle Name        Last Name

Debtor 2  _____
(Spouse if, filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number  **18-73839-FJS**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules        12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Cherie Harrison Savage**                     X  _____
   **Cherie Harrison Savage**                             Signature of Debtor 2
   Signature of Debtor 1

   Date  **December 10, 2018**                           Date  _____

---

Official Form 106Dec        **Declaration About an Individual Debtor's Schedules**

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Cherie Harrison Savage**                                               Case No.  **18-73839-FJS**
                                       Debtor(s)                                Chapter    **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: ☐ Soc. Sec. No. amended. [*If applicable*: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's office on _____.*]
- ☐ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
- ☐ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
- ☐ Schedule A/B – Property
- ☐ Schedule C – The Property You Claim as Exempt
- ☐ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
- ☐ Schedule E/F – Creditors Who Have Unsecured Claims (See LBR 1009-1)
- ☐ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
  *($31.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - ☐ **Creditor(s) added**     ☐ **Creditor(s) deleted**
  - ☐ **Change in amounts owed or classification of debt**
  - ☐ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
  - ☐ **Post-petition creditors added (Schedule of Unpaid Debts)**
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- ☐ Schedule G – Executory Contracts and Unexpired Leases
- ☐ Schedule H – Codebtors
- ☑ Schedule I – Your Income
- ☐ Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

- ☐ Statement of Financial Affairs
- ☐ Statement of Intention for Individuals Filing Under Chapter 7
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
- ☐ Attorney's Disclosure of Compensation
- ☐ Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:  **all creditors**   .

Date:  **December 17, 2018**

                                    /s/ Carolyn Bedi
                                    **Carolyn Bedi**
                                    Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                                    State Bar No.:  **90545 VA**
                                    Mailing Address: **Bedi Legal, P.C.**
                                                     **501 Independence Pkwy., Ste 102**
                                    **Chesapeake, VA 23320**
                                    Telephone No.:  **757-222-5842**

[amendcs ver. 12/16]

I, **Cherie Harrison Savage**  certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.

Date:  **December 10, 2018**              **/s/ Cherie Harrison Savage**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-2<br>Case 18-73839-FJS<br>Eastern District of Virginia<br>Norfolk<br>Mon Dec 17 13:33:54 EST 2018 | United States Bankruptcy Court<br>600 Granby St., Room 400<br>Norfolk, VA 23510-1915 | Best Buy/ CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Bloomingdales/DSNB<br>PO Box 8218<br>Mason, OH 45040-8218 | Capital One<br>P.O. BOX 30281<br>Salt Lake City, UT 84130-0281 | Check into Cash<br>201 Keith Street<br>Suite 80<br>Cleveland, TN 37311-5867 |
| City of Norfolk<br>PO Box 3215<br>Norfolk, VA 23514-3215 | First Premier Bank<br>601 South Minnesota Ave.<br>Sioux Falls, SD 57104-4868 | Grand Brands dba Grand Furnitu<br>1305 Baker Road<br>Virginia Beach, VA 23455-3317 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jefferson Sessions, Atty Gen.<br>US Dept. of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | Kohls / Capone<br>PO Box 3115<br>Milwaukee, WI 53201-3115 |
| Mohela/Dept of Education<br>633 Sprint Drive<br>Chesterfield, MO 63005-1243 | Net Credit<br>200 West Jackson Blvd.,<br>Ste. 1400<br>Chicago, IL 60606-6929 | Nordstrom/TD Bank USA<br>13531 E Caley Ave<br>Englewood, CO 80111-6504 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Seventh Avenue<br>1112 7th Ave<br>Monroe, WI 53566-1364 | TD Bank USA/Target Credit<br>TD Bank USA/Target Credit<br>Minneapolis, MN 55440-0000 |
| Tiki Series III Trust<br>7114 E Stetson Dr.<br>Suite 250<br>Scottsdale, AZ 85251-3264 | U S Department of Education/MOHELA<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 | U.S. Bank Trust National Association, as Tru<br>c/o McCabe, Weisberg & Conway, LLC<br>312 Marshall Avenue, Suite 800<br>Laurel, MD 20707-4808 |
| US Attorney's Office<br>101 W Main Street, Ste 8000<br>Norfolk, VA 23510-1671 | (p)VIRGINIA DEPARTMENT OF TAXATION<br>P O BOX 2156<br>RICHMOND VA 23218-2156 | Carolyn Anne Bedi<br>Bedi Legal, P.C.<br>501 Independence Pkwy., Suite 102<br>Chesapeake, VA 23320-5173 |
| Cherie Harrison Savage<br>5265 Norvella Ave<br>Norfolk, VA 23513-1542 | John P. Fitzgerald, III<br>Office of the U.S. Trustee, Region 4 -N<br>200 Granby Street, Room 625<br>Norfolk, VA 23510-1819 | R. Clinton Stackhouse Jr.<br>Chapter 12/13 Trustee<br>7021 Harbour View Boulevard<br>Suite 101<br>Suffolk, VA 23435-2869 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

VA Department of Taxation
PO Box 2369
Richmond, VA 23218-2369

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank Trust National Association, as T

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27